IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
DIVISION

ANNE WEDOW and KATHLEEN KLINE,  )  JUDGMENT IN A CIVIL CASE
        Plaintiff,  )
          )
vs.  )  Case No. 99-0293-CV-W-ODS
CITY OF KANSAS CITY, MISSOURI,  )
          )
        Defendant.  )

__x___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X___    **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED pursuant to Order entered on 11/28/2000: (1) Defendant's Summary Judgment Motions are granted in part and denied in part on Counts I, III, VII, and IX (2) Summary Judgment granted on Counts II and VIII. Jury verdict rendered on 01/19/2001: Verdict Form A, on the sex discrimination claim of Plaintiff Kathleen Kline, the jury found in favor of Plaintiff Kathleen Kline(Count VII), in the amount of damages $40,000.00; and on Verdict Form B, on the retaliation claim of Plaintiff Kathleen Kline, the jury found in favor of Plaintiff Kathleen Kline(Count VIIII), in the amount of damages $10,000.00. Jury verdict rendered on 01/11/2002: Verdict Form A, on the sex discrimination claim of Plaintiff Anne Wedow, the jury found in favor of Plaintiff Anne Wedow on protective clothing and facilities in the amount of damages $225,000.00; and on Verdict Form B, on the retaliation claim of Plaintiff Anne Wedow, the jury found in favor of Plaintiff Anne Wedow on failure to assign additional duties as Shift Haz Mat Officer, Shift EMS Officer, and Shift Safety Officer in the amount of damages $60,000.00. Pursuant to Order entered on 11/10/2003: (1) denying in part and granting in part Plaintiff Kline's Motion for Equitable Relief, (2) denying Plaintiff Kline's Motion for Permanent Injunction, and (3) denying Defendant's Motion to Vacate Courts 09/04/2003 Order.**

                                          PATRICIA L. BRUNE, Clerk

DATE: 11/13/2003                              _/s/_____
                                                          Eva Will-Fees