# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION
### Case No. 99-293-W-ODS

| | |
|---|---|
| ANNE WEDOW, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. |
| | ) |
| CITY OF KANSAS CITY, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT CITY OF KANSAS CITY, MISSOURI'S NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that the City of Kansas City, Missouri, the Defendant, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered on November 13, 2003 and orders entered in this action in favor of Plaintiffs Anne Wedow and Kathleen Kline.

Appellant's form "A" and Appellees' form "B" are attached.

Respectfully submitted,

GALEN BEAUFORT, #26498
City Attorney

/s/ Douglas McMillan
Douglas McMillan, # 48333
Saskia Jacobse, # 49284
Assistant City Attorneys
2800 City Hall
414 East 12th Street
Kansas City, Missouri 64106
(816) 513-3107, Fax: (816) 513-3105
doug_mcmillan@kcmo.org

1

**ATTORNEYS FOR DEFENDANT**
**CITY OF KANSAS CITY, MISSOURI**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Defendant's Notice of Appeal was served via electronic notice this 13th day of February, 2004, to:

Karen K. Howard
**ATTORNEY FOR PLAINTIFFS**

/s/Douglas McMillan