# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.   04-1443/1704

| | |
|---|---|
| Anne Wedow, Kathleen Kline, | * |
| | * |
|     Cross-Appellants/Appellees, | * |
| | *   Appeal from the United States |
| vs. | *   District Court for the |
| | *   Western District of Missouri |
| City of Kansas City, Missouri, | * |
| | * |
|     Appellant/Cross-Appellee. | * |
| | * |
| Women in Fire Services, Inc., | * |
| | * |
|     Amicus on Behalf of | * |
|     Cross-Appellants/Appellees. | * |

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

March 24, 2006

Order Entered in Accordance with Opinion:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: *Michael E. Gans*