# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

ANNE WEDOW, et al.,                )
                                   )
    Plaintiffs,                    )
                                   )
v.                                 )    Case No. 99-239-CV-W-ODS
                                   )
CITY OF KANSAS CITY MISSOURI,      )
                                   )
    Defendant.                     )

## SATISFACTION OF THE ATTORNEY'S FEES JUDGMENT
## FOR GWEN CARANCHINI'S PORTIONS

Payment in full by defendant City of Kansas City, Missouri for the amount due to former

attorney Gwen Caranchini for her portion of the attorney's fees judgment entered on February 12,

2004 by the United States District Court is hereby acknowledged as full satisfaction of the above

stated portion of this judgment including statutory interest that has accrued thereon.

Dated: _____, 2006

Gwen Caranchini

1

**CERTIFICATE OF SERVICE**

I hereby certify this 7th day of June, 2006, that a copy of the foregoing was served via ECF to all counsel of record and via U.S. mail, postage prepaid to:

Gwen G. Caranchini
1203 West 62nd Street
Kansas City, Missouri 64113

Douglas McMillan

2